United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 28, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10681
Conference Calendar

DONALD S. BRYANT, JR., a married person;
LINDA M. BRYANT, a married person,

                                        Plaintiffs-Appellants,

versus

MICHAEL ORNDORFF, FBI Agent,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:05-CV-102
--------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

       Donald S. Bryant, Jr., and Linda M. Bryant (the Bryants) appeal from the order denying their motion for the district court to recuse itself and from the order dismissing their Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), action and imposing sanctions pursuant to FED. R. CIV. P. 11. Adverse rulings alone do not call into question a district judge's impartiality. Liteky v. United States, 510 U.S. 540, 556 (1994). The Bryants' recusal argument relies on the

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court's previous rulings; the denial of their recusal motion therefore was not an abuse of discretion.  <u>See</u> <u>United States v. Mizell</u>, 88 F.3d 288, 299 (5th Cir. 1996).

In addition to their recusal argument, the Bryants reurge their constitutional arguments and question FBI Agent Michael Orndorff's entitlement to qualified immunity.  They state that the district court violated their civil rights by finding the lawsuit to be frivolous because Orndorff is bound by the Constitution.  They do not argue that the district court's res judicata analysis was erroneous, and they do not challenge the imposition of sanctions against them.  The Bryants have failed to brief the dispositive issues for appeal.  <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).

APPEAL DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.